1028

No. 127. READING CO. *v.* BROWN, TRUSTEE IN BANK-RUPTCY, ET AL. C. A. 3d Cir. (Certiorari granted, *ante,* p. 895.) Motion of the United States to remove case from summary calendar granted and a total of one and one-half hours allotted for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Solicitor General Griswold* for the United States on the motion.

No. 149. DYKE ET AL. *v.* TAYLOR IMPLEMENT MANU-FACTURING CO., INC. Sup. Ct. Tenn. (Certiorari granted, *ante,* p. 815.) Motion of petitioners to remove case from summary calendar denied. *Bernard Kleiman* on the motion.

No. 154. MILLER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. (Certiorari granted, *ante,* p. 968.) Motions of petitioner for leave to proceed further herein *in forma pauperis* and to dispense with printing appendix granted. *F. Lee Bailey* on the motions.

No. 178. NATIONAL LABOR RELATIONS BOARD *v.* UNITED INSURANCE CO. OF AMERICA ET AL.; and
No. 179. INSURANCE WORKERS INTERNATIONAL UNION, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. (Certiorari granted, *ante,* p. 815.) Motion of American Retail Federation for leave to file a brief, as *amicus curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Shayle P. Fox* on the motion.

No. 405. POWELL *v.* TEXAS. Appeal from County Court at Law No. 1, Travis County. (Certiorari granted, *ante,* p. 810.) Motion of National Council on Alcoholism for leave to file a brief, as *amicus curiae,* granted. *Paul O'Dwyer* on the motion.